**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                    **CASE NO**. 4:20CR00302-01/04- BRW

**EDUARDO MOCTEZUMA CUELLAR
JOSHUA DAVID CLINGAN
DEBORAH GAIL TERRY
FRANCISCO BERNAVE MORENO-OVIEDO**

## ORDER

On February 26, 2021, Chief Judge D.P. Marshall, Jr., issued Administrative Order Eleven – Court Operations During The COVID-19 Pandemic, canceling all civil and criminal jury trials scheduled through May 21, 2021.

Because this case is currently on the Court's trial docket for Tuesday, May 18, 2021, is now rescheduled to begin on **Tuesday, October 12, 2021 at 9:30 a.m.**  All future pretrial deadlines are also extended. The delay occasioned by this continuance is excludable under the provisions of the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) & (B), for the reasons identified in Administrative Order Eleven – Court Operations During The COVID-19 Pandemic.

IT IS SO ORDERED THIS 1st day of March, 2021.


Billy Roy Wilson
UNITED STATES DISTRICT JUDGE